GRAFF, Appellant v. ENGEBRETSON, et al, Respondents

(283 N. W. 161.)

(File No. 8139.   Opinion filed December 30, 1938.)

*Danforth & Davenport,* of Sioux Falls, for Appellant.

*James O. Berdahl, L. E. Waggoner, B. O. Stordahl* and *R. C. Riter,* all of Sioux Falls, for Respondents.

PER CURIAM.   After a careful consideration of the record presented in this case, the court believes that the order of the trial court should be affirmed without opinion.

The order appealed from is affirmed.

ROBERTS, P. J., and POLLEY, RUDOLPH, and SMITH, JJ., concur.

WARREN, J., not sitting.